In the Matter of STEPHEN MURRAY et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ. [See 285 App. Div. 1135.]

WILLIAM MARKS, Doing Business under the Name of TOWN AND COUNTRY FABRICS, v. TOWN AND COUNTRY FABRICS, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs and stay vacated. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1140.]

ALFRED J. BOHLINGER, Superintendent of Insurance of the State of New York, as Liquidator of the PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, v. MAYVILLE REALTY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1045.]

CARLETON BACON et al. v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1046.]

ROMAN GURTLER v. UNION PARTS MANUFACTURING Co., INC.— Motion for leave to appeal to the Court of Appeals dismissed, with $10 costs. Concur — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 643.]

ANHEUSER-BUSCH, INC., v. BREWERY WORKERS LOCAL 1059, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, WAREHOUSEMEN AND HELPERS OF AMERICA (A. F. of L.), et al.— Motion for leave to appeal to the Court of Appeals denied with $10 costs. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ. [See 285 App. Div. 1134.]

MUZAK CORPORATION v. HOTEL TAFT CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See 285 App. Div. 694.]

AMERICAN TCP CORPORATION v. STRAUSS STORES CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1132.]